UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-20884-CIV-Lenard/O'Sullivan

## MEDIATION REPORT

Garfield Spence,

    Plaintiff(s),

vs

Flagship Shell LLC,

    Defendant(s).
_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: May 30, 2017. The results of the mediation conference are as follows:

✓    All required parties were present *or*

___    The following required parties were not present: _____

✓    An agreement was reached. ~~Settlement Agreement Attached.~~ JWS

___    A **confidential** settlement agreement was reached.

___    No agreement was reached.

___    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___    The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

✓    Other: COUNSEL WILL FILE A NOTICE OF SETTLEMENT WITHIN 5 DAYS.

Respectfully Submitted:

*/s/ John W. Salmon*

John W. Salmon, Esq.
Florida Bar No.: 271756
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel