UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-20884-JAL

GARFIELD SPENCE,

    Plaintiff,

vs.

FLAGSHIP SHELL, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, GARFIELD SPENCE, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the Dismissal With Prejudice of all claims against Defendant, FLAGSHIP SHELL, LLC. Each party shall bear its own attorney's fees and cost.

Respectfully submitted this 14 day of July, 2017.

/s/Christopher J. Whitelock
Christopher J. Whitelock, Esq.
Florida Bar No. 0067539
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
e-mail: cjw@whitelocklegal.com

Attorney for Defendant

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Florida Bar No. 54538
The Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
e-mail: Schapiro@schapirolawgroup.com
Attorney for Plaintiff